UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dominic Debson Harrelson			Docket No. 5:11-CR-262-1BO

## Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominic Debson Harrelson, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, 21 U.S.C § 841(a)(1) and 18 U.S.C. § 942(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 24, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dominic Debson Harrelson was released from custody on July 28, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample on August 7, 2017, that returned positive for marijuana on August 11, 2017. When confronted, the defendant admitted to smoking marijuana prior to starting supervision while attached to the Halfway House. As a result, the defendant was verbally reprimanded. Additionally, the probation office is recommending that the defendant's term of supervised release be modified to allow the defendant the opportunity to participate in substance abuse treatment and in the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,				I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller				/s/Maurice J. Foy
Jeffrey L. Keller				Maurice J. Foy
Supervising U.S. Probation Officer		Sr. U.S. Probation Officer
						310 New Bern Avenue, Room 610
						Raleigh, NC 27601-1441
						Phone: 919-861-8678
						Executed On: August 21, 2017

Dominic Debson Harrelson
Docket No. 5:11-CR-262-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge